UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
CARMEN SOFIA GOMEZ,    Case No: 21-19799-AJC
                                                Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE FOR DEBTOR'S FAILUER TO APPEAR AT THE MEETING OF CREDITORS

**COME NOW,** the Debtor, Carmen Sofia Gomez, by and through her undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On October 12,2021 the instant case was filed as a chapter 7 bankruptcy.

2. On November 16,2021 the instate case was continued due to debtor having telephonic issues.

3. On December 17,2021 this case was dismissed due to debtor's failure to appear at the Meeting of Creditors which was set for December 14,2021 at 9:30 A.M.

4. Due to a telephonic mishap on the part of Debtor she did not appear at the Meeting of Creditors.

5. The Debtors case was filed in good faith and the Debtor will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtor prays this Court grant an Order Reopening and Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 5th day of January, 2022 via ecf to Robert Angueira, Trustee, 16 SW 1st Ave, Miami, FL 33130 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*
Robert Sanchez, Esq., FBN#0442161

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Capital One Bank Usa NA
PO Box 30281
Salt Lake City, UT 84130

Comenity/Alphaeon Visa
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

First Florida Credit Union
Attn: Bankruptcy
Po Box 43310
Jacksonville, FL 32203

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Powerficu
11690 Nw 105th St
Medley, FL 33178

Synchrony Bank/BrandsMart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/BRMart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/BRMart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

Wells Fargo Bank NA
Attn: Wells Fargo Bankruptcy
435 Ford Road, Suite 300
Saint Lewis Park, MN 55426

Wells Fargo Bank NA
Attn: Wells Fargo Bankruptcy
435 Ford Road, Suite 300
Saint Lewis Park, MN 55426